UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR CHARLES FOURSTAR, JR,

    PLAINTIFF,

-vs-                                                                       Case No. 5:16-cv-00334-WTH-CJK

RAMONA HOOKS, et al.,

    DEFENDANTS.
_____/

## O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 16, 2016. (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order. The Clerk is directed to enter a judgment stating as follows: "Plaintiff's motion to proceed in forma pauperis (doc. 2) is DENIED, and this action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g)." The Clerk is directed to close the file.

    IT IS SO ORDERED.

    DONE and ORDERED at Gainesville, Florida this 25th day of April, 2017.

_____
**UNITED STATES DISTRICT JUDGE**